JEANNETTE T. ALDRICH, Appellant, *v:* GUARANTY TRUST COMPANY OF NEW YORK, as Temporary Administrator of the Estate of SHERWOOD ALDRICH, Deceased, Respondent.

*Appeal — order of Appellate Division reversing order granting motion for sequestration of property and appointment of receiver — appeal, without permission, to Court of Appeals, dismissed.*

*Aldrich* v. *Aldrich*, 220 App. Div. 555, appeal dismissed.

(Argued January 16, 1928; decided February 14, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1927, which reversed an order of Special Term granting a motion, by plaintiff, for sequestration of the property of defendant's intestate, and appointing a receiver, and denied said motion.

*Edward E. Hoenig* and *William M. Sullivan* for appellant.

*Henry A. Uterhart* and *Alfred M. Schaffer* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.